

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2014

No. 04-13-00816-CV

**IN THE INTEREST OF A.M.L., A CHILD,**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-11-21526-CV
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

Appellee has filed an extension of time to file her brief. We **GRANT** appellee's motion and **ORDER** appellee to file her brief on or before April 28, 2014. **Appellee is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court